1976, and no notice of appeal having been timely filed, the motion for a stay is denied.

**Mary-Elizabeth STAHL v. William Martin STAHL, No. 219-76**

October 15, 1976. There being no final judgment below, and no certification under V.R.A.P. 5, the appeal is dismissed.

**Peter Isaac DIAMONDSTONE, John Bloch, Earl S. Gardner, and Harley Walter Kidder v. Richard C. THOMAS, No. 276-76**

October 15, 1976. The motion to dismiss the complaint is granted for failure to comply with the order of service issued October 6, 1976.

**Paul W. SYKAS, d/b/a Lobster Pot Restaurant, Narciso Alvarez, Estate of Marco B. Cano by Marion K. Cano, Admx., Marion K. Cano, Lois R. Maunsell v. Robert KEARNS, Tavern Motor Inn, Inc., No. 1-76**

October 18, 1976. The order in this case adjudicating fewer than all of the rights and liabilities of the parties, and neither being joined with the express determination called for by V.R.C.P. 54(b), nor being appealed under the provisions of V.R.A.P. 5, this Court is without jurisdiction to entertain the appeal and the same is accordingly dismissed.

**Harley Walter KIDDER v. Richard C. THOMAS, No. 287-76**

October 20, 1976. In the above-captioned matter, relating to the 1976 general election which is imminent, under the authority of V.R.A.P. 2, the parties are ordered to appear in the Vermont Supreme Court on Friday, October 22nd, at 10 A.M. to make such presentation as they may be advised relating to all issues, procedural and substantive, raised by the asserted appeal in the above-captioned matter filed by Peter Isaac Diamondstone, John Bloch, and Earl S. Gardner on October 18, 1976.

**Peter Isaac DIAMONDSTONE, John Bloch, Earl S. Gardner, and Harley Walter Kidder v. Richard C. THOMAS, No. 276-76**

October 28, 1976. Application for Waiver of Jurisdictional Requirements denied.

**Edward GALICK, et al. v. TOWN OF WEST HAVEN SELECTMEN, No. 238-75**

November 4, 1976. Motion to Remand denied.

**Daniel E. PROVOST v. Frederick BITTNER, No. 148-76**